**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling Division**

**THOMAS G. FIGANIAK and VALERIE A. FIGANIAK,**
**as Administrators of the Estate Kevin Figaniak,**

      **Plaintiffs,**

v.

**CIVIL ACTION NO.: 5:15-CV-111**
**HONORABLE FREDERICK P. STAMP, JR.**

**FRATERNAL ORDER OF OWL'S HOME NEST, LOYAL ORDER OF OWLS NEST LODGE 2558 d/b/a THE OWLS NEST, a West Virginia corporation, YE OLDE ALPHA, INC., a West Virginia corporation, CRAIG TYLER PEACOCK, individually, JARRETT CHANDLER, individually, and TYLER JOHNSON, individually,**

      **Defendants.**

## DEFENDANT, CRAIG TYLER PEACOCK'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Craig Tyler Peacock, by counsel, Kenneth L. Hopper, Esquire and the law firm of Pullin, Fowler, Flanagan, Brown and Poe, makes the following disclosure:

1. Is this party a non-governmental corporate party? No. This defendant is a private individual who currently resides in Florida.

2. If the answer to No. 1 is "yes" list below any parent corporation or state that there is no such corporation. N/A.

3. If the answer to No. 1 is "yes" list below any publically-held corporation that owns 10% or more of the party's stock or statute that there is no such corporation. N/A.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Dated this 19th day of November, 2015.

                                    By Counsel,

                            */s/ Kenneth L. Hopper*
                            Kenneth Hopper, WV State Bar No. 11158

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV 26508
Telephone:   (304) 225-2200
Facsimile:   (304) 255-2214

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling Division**

**THOMAS G. FIGANIAK and VALERIE A. FIGANIAK,**
**as Administrators of the Estate Kevin Figaniak,**

      **Plaintiffs,**

v.                                     **CIVIL ACTION NO.: 5:15-CV-111**
                                        **HONORABLE FREDERICK P. STAMP, JR.**

**FRATERNAL ORDER OF OWL'S HOME NEST, LOYAL ORDER OF OWLS NEST LODGE 2558 d/b/a THE OWLS NEST, a West Virginia corporation, YE OLDE ALPHA, INC., a West Virginia corporation, CRAIG TYLER PEACOCK, individually, JARRETT CHANDLER, individually, and TYLER JOHNSON, individually,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendant, does hereby certify on this 19th day of November, 2015, that a true copy of the foregoing "***Defendant, Craig Tyler Peacock's Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1***" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: kim@buccilawfirm.com, Guy R. Bucci, Esq.; jgoodman@smbb.com, Jeffrey P. Goodman, Esq.; rmongeluzzi@smbb.com, Robert Mongeluzzi, Esq.; michelle.dougherty@steptoe-johnson.com, Michelle Dougherty, Esq.; acsunseri@burnswhite.com, Anthony Sunseri, Esq.; mgchapman@burnswhite.com, Matthew Chapman, Esq.; mwschirripa@comcast.net, M. Winiesdorffer-Schirripa, Esq.; and, attytsmith@aol.com, G. Thomas Smith, Esq.

                                                */s/ Kenneth L. Hopper*
                                                Kenneth Hopper, WV State Bar No. 11158

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV 26508
Telephone:    (304) 225-2200
Facsimile:     (304) 255-2214