IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

THOMAS G. FIGANIAK and
VALERIE A. FIGANIAK,
as Administrators of the Estate Kevin
Figaniak,

      Plaintiffs,

v.                                      CIVIL ACTION NO.: 5:15-cv-111
                                        HONORABLE FREDERICK P.
                                        STAMP, JR.

FRATERNAL ORDER OF OWL'S HOME
NEST, LOYAL ORDER OF OWLS NEST
LODGE 2558 d/b/a THE OWLS NEST, a
West Virginia corporation, YE OLDE
ALPHA, INC., a West Virginia corporation,
CRAIG TYLER PEACOCK, individually,
JARRETT CHANDLER, individually, and
TYLER JOHNSON, individually,

      Defendants.

### DEFENDANT, CRAIG TYLER PEACOCK'S ANSWER TO LOYAL ORDER OF OWLS NEST LODGE 2558 d/b/a THE OWLS NEST'S CROSS CLAIM

      NOW COMES, Defendant, Craig Tyler Peacock (hereinafter "Defendant"), by and through counsel, Kenneth L. Hopper, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and files his Answer to Loyal Order of Owls Nest Lodge 2558 d/b/a The Owls Nest's Cross Claims Against Co-Defendants Ye Olde Aplha Inc., Tyler Peacock, Jarrett Chandler, and Tyler Johnson (hereinafter "Owls Nest Cross Claims"). In so doing, this Defendant states and avers as follows:

1. This Defendant denies the statements and allegations contained in paragraph 1 of Owls Nest Cross Claims and demands strict proof thereof.

2. This Defendant denies the statements and allegations contained in paragraph 2 of Owls Nest Cross Claims and demands strict proof thereof.

This Defendant respectfully demands a trial by Jury on all issues so triable.

WHEREFORE, this Defendant prays for relief in the form of the following:

1.  An Order dismissing all claims against it herein with prejudice;

2.  An award of attorneys' fees and other costs incurred in the defense of this case; and,

3. Any further relief as may be authorized by law and deemed appropriate by the Answer.

Dated this 19th day of November, 2015.

By Counsel,

*/s/ Kenneth L. Hopper*
J. Victor Flanagan, WV State Bar No. 5254
Kenneth L. Hopper, WV State Bar No. 11158

*PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC*
2414 Cranberry Square
Morgantown, WV  26508
Telephone:    (304) 225-2200
Facsimile:    (304) 225-2214

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling Division**

THOMAS G. FIGANIAK and
VALERIE A. FIGANIAK,
as Administrators of the Estate Kevin
Figaniak,

      Plaintiffs,

v.                                             CIVIL ACTION NO.: 5:15-cv-111

FRATERNAL ORDER OF OWL'S HOME
NEST, LOYAL ORDER OF OWLS NEST
LODGE 2558 d/b/a THE OWLS NEST, a
West Virginia corporation, YE OLDE
ALPHA, INC., a West Virginia corporation,
CRAIG TYLER PEACOCK, individually,
JARRETT CHANDLER, individually, and
TYLER JOHNSON, individually,

      Defendants.

**CERTIFICATE OF SERVICE**

The undersigned, counsel of record for Defendant, does hereby certify on this 19th day of November, 2015, that a true copy of the foregoing "***Defendant, Craig Tyler Peacock's Answer to Loyal Order Of Owls Nest Lodge 2558 d/b/a The Owls Nest's Cross Claims***" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: kim@buccilawfirm.com, Guy R. Bucci, Esq.; jgoodman@smbb.com, Jeffrey P. Goodman, Esq.; rmongeluzzi@smbb.com, Robert Mongeluzzi, Esq.; michelle.dougherty@steptoe-johnson.com, Michelle Dougherty, Esq.; acsunseri@burnswhite.com, Anthony Sunseri, Esq.; mgchapman@burnswhite.com, Matthew Chapman, Esq.; mwschirripa@comcast.net, M. Winiesdorffer-Schirripa, Esq.; and, attytsmith@aol.com, G. Thomas Smith, Esq.

3

                      */s/ Kenneth L. Hopper*
                      J. Victor Flanagan, WV State Bar No. 5254
                      Kenneth L. Hopper, WV State Bar No. 11158

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
2414 Cranberry Square
Morgantown, WV  26508
Telephone:     (304) 225-2200
Facsimile:      (304) 225-2214