IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

THOMAS G. FIGANIAK and
VALERIE A. FIGANIAK, as
Administrators of the Estate of
Kevin Figaniak,

    Plaintiffs,

v.                                             Civil Action No.: 5:15-CV-00111
                                                  Hon. Frederick P. Stamp, Jr., Senior Judge

FRATERNAL ORDER OF OWL'S HOME NEST,
LOYAL ORDER OF OWLS NEST LODGE 2558
d/b/a THE OWLS NEST, a West Virginia corporation,
YE OLDE ALPHA, INC., a West Virginia corporation,
CRAIG TYLER PEACOCK, individually,
JARRETT CHANDLER, individually, and          **<u>JURY TRIAL DEMANDED</u>**
TYLER JOHNSON, individually,

    Defendants.

## <u>DEFENDANT CHANDLER'S ANSWER TO LOYAL ORDER OF OWLS NEST LODGE 2558 d/b/a THE OWLS NEST'S CROSS CLAIMS</u>

Defendant Jarrett Chandler, by counsel, G. Thomas Smith, Esquire, M. Winiesdorffer-Schirripa, Esquire, and the law offices of Smith, McMunn and Glover, comes now to respond to the cross-claims of defendant Loyal Order of Owls Nest Lodge 2558 d/b/a The Owls Nest as follows:

<u>First Defense</u>

This answering defendant incorporates by reference hereto his Answer to the plaintiffs' Complaint filed on November 17, 2015, including all responses and affirmative defenses therein, as if the same were specifically set forth herein verbatim.

<u>Second Defense</u>

This answering defendant denies each and every allegation contained in the cross-claims of defendant Loyal Order of Owls Nest Lodge 2558 d/b/a The Owls Nest which has been alleged against him, including but not limited to any claims for contribution and indemnification.

WHEREFORE, defendant Jarrett Chandler respectfully requests that the cross-claims of defendant Loyal Order of Owls Nest Lodge 2558 d/b/a The Owls Nest as alleged against him be dismissed and he be awarded any other relief the Court deems appropriate.

    Respectfully submitted:

    <u>/s/ M. Winiesdorffer-Schirripa</u>
    M. Winiesdorffer-Schirripa, Esq. (WV #8023)
    G. Thomas Smith, Esq. (WV #4617)
    SMITH, MCMUNN & GLOVER, PLLC
    516 W. Main Street
    Clarksburg, WV  26301
    (304) 905-8850
    (304) 277-8299 fax
    (304) 326-6000
    (304) 326-4000 fax
    mwschirripa@comcast.net
    attytsmith@aol.com

*Counsel for Defendant Jarrett Chandler*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

THOMAS G. FIGANIAK and
VALERIE A. FIGANIAK, as
Administrators of the Estate of
Kevin Figaniak,

    Plaintiffs,

v.                                        Civil Action No.: 5:15-CV-00111
                                        Hon. Frederick P. Stamp, Jr., Senior Judge

FRATERNAL ORDER OF OWL'S HOME NEST,
LOYAL ORDER OF OWLS NEST LODGE 2558
d/b/a THE OWLS NEST, a West Virginia corporation,
YE OLDE ALPHA, INC., a West Virginia corporation,
CRAIG TYLER PEACOCK, individually,
JARRETT CHANDLER, individually, and     **JURY TRIAL DEMANDED**
TYLER JOHNSON, individually,

    Defendants.

**CERTIFICATE OF SERVICE**

    I hereby certify that on **November 30, 2015**, I electronically filed **Defendant Chandler's Answer to Defendant Loyal Order of Owls Nest Lodge 2558 d/b/a The Owls Nest Cross Claims** with the Clerk of the Court using the CM/ECMF system, which will send notification of such filing to the following that have entered an appearance in this matter.

| | |
|---|---|
| Guy R. Bucci, Esquire | Michelle Lee Dougherty, Esquire |
| Bucci Law Firm | Steptoe & Johnson, PLLC |
| 112 Capitol Street, Suite 200 | 1233 Main Street, Suite 3000 |
| Charleston, WV  25301 | PO Box 751 |
| kim@buccilawfirm.com | Wheeling, WV 26003 |
| | michelle.dougherty@steptoe-johnson.com |
| & | *Counsel for Defendant* |
| | *Fraternal Order of Owls Home Nest, Inc.* |

Robert Mongeluzzi, Esquire
Jeffery P. Goodman, Esquire
*Admitted in this matter Pro Hac Vice*
Saltiz, Mongeluzzi, Barrett and Bendesky, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA  19103
rmongeluzzi@smbb.com
jgoodman@smbb.com
*Counsel for Plaintiffs*

J. Victor Flanagan, Esquire
Kenneth L. Hopper, Esquire
Pullin Fowler Flanagan Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV  26508
vflanagan@pffwv.com
khopper@pffwv.com
*Counsel for Defendant Peacock*

Anthony C. Sunseri, Esquire
Matthew G. Chapman, Esquire
Burns White LLC
The Maxwell Centre
32-20th Street, Suite 200
acsunseri@burnswhite.com
mgchapman@burnswhite.com
*Defendants Loyal Order of Owls Nest Lodge 2558 d/b/a the Owls Nest*

Respectfully submitted,

By     /s/ M. Winiesdorffer-Schirripa_____
M. Winiesdorffer-Schirripa, Esq. (WV #8023)
G. Thomas Smith, Esq. (WV #4617)
SMITH, MCMUNN & GLOVER, PLLC
516 W. Main Street
Clarksburg, WV  26301
(304) 905-8850
(304) 277-8299 fax
(304) 326-6000
(304) 326-4000 fax
mwschirripa@comcast.net
attytsmith@aol.com

*Counsel for Defendant Jarrett Chandler*

4