```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

THOMAS G. FIGANIAK and
VALERIE A. FIGANIAK, as
Administrators of the
Estate of Kevin Figaniak,

    Plaintiffs,

v.                                     Civil Action No. 5:15CV111
                                                                            (STAMP)
FRATERNAL ORDER OF OWL'S HOME NEST,
LOYAL ORDER OF OWLS NEST LODGE 2558,
d/b/a THE OWLS NEST,
a West Virginia corporation,
YE OLDE ALPHA, INC.,
a West Virginia corporation,
CRAIG TYLER PEACOCK, individually,
JARRETT CHANDLER, individually,
and TYLER JOHNSON, individually,

    Defendants.

**ORDER SCHEDULING HEARING ON PLAINTIFFS'
PETITION TO APPROVE A COMPROMISE AND
SETTLEMENT PURSUANT TO WEST VIRGINIA CODE § 55-7-7**

    On September 29, 2016, the plaintiffs filed a petition for the approval of a compromise and settlement pursuant to West Virginia Code § 55-7-7.  ECF No. 107.  It is ORDERED that the parties appear for a hearing to consider the plaintiffs' petition on **October 19, 2016 at 12:00 p.m.**  There is currently one trial scheduled for that day and, in the event that the trial is removed from the schedule, the hearing will occur instead on **October 19, 2016 at 1:15 p.m.**  The defendants may file any responses to the plaintiffs' petition on or before **October 12, 2016**.

    IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: October 3, 2016

>/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE