# Invoice



1127 Market St.
Wheeling, WV 26003
304-232-1100

Date: 7-31-17

Bill To: FED. Building

Address: 1125 Chap. St.  1st Floor  (304)232-0011  Clerks Office  Jury Duty

| Description of Items Purchased | Price |
|---|---|
| 3 Large<br>2- pep<br>1- Cheese | $14.28 x 3 |
| Lit pepsi<br>Lit Mist | $2.99 x 2 |
| | + TAX |

RECEIVED
JUL 31 2017
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Purchaser Authorization Signature:

Vocelli Pizza Authorization By: _HP-Smith_

Delivery Person! Michael

Food Cost: $52.24
Tip: 10.00
Total Due: 62.24

Please Pay from this Invoice. Thank you for your patronage!

```
*********************
**     Delivery    **
*********************
   (304)232-0011
FEEDRALBUILDING
1125 CHAPLINE ST
-<WH>
1ST FLOOR

X.CLERKS OFFICE
SVR: Crystal Smith
─────────────────────
Emp#: 103    11:38 am
Ord#: 016
Sec : H7
                07/31
─────────────────────
1 LG PIZZA
   TRADITIONAL
   PEPPERONI
1 LG PIZZA
   TRADITIONAL
   PEPPERONI
1 LG PIZZA
   TRADITIONAL
   EXTRA MOZZARELLA
1 2L PEPSI
1 2L MIST TWIST


              SUB :  0.00
             DISC :  0.00
              TAX :  0.00
              TOT $  0.00


***  Reprint  ***
```