# UNITED STATES DISTRICT COURT
for the
## Northern District of West Virginia

THOMAS G. FIGANIAK, et al.

*Plaintiff(s)*

v.

Civil Action No.   5:15-cv-111

FRATERNAL ORDER OF OWL'S HOME NEST, et al.

*Defendant(s)*

## AMENDED  JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award      ☐ Judgment costs      ☒ Other

The parties' liability for compensatory damages is amended as follows:

| | |
|---|---|
| Defendant Craig Tyler Peacock (13% liability) | $ 213,171.92 |
| Defendant Jarrett Chandler (6% liability) | $ 98,387.04 |
| Defendant Tyler Johnson (75% liability; 100% punitive) | $ 1,229,838.00 |
| Plaintiffs' decedent Kevin Figaniak (6% liability) | $ (98,387.04) |
| Prior-Settlement Offset | $ (50,000.00) |

This Court finds that the plaintiffs are entitled to an award of prejudgment interest at a rate of 7 percent for the medicals and funeral expenses, which totaled $39,784.00.  The amount of prejudgment interest totals: ($39,784 x 7%) $2,784.88.

(Plus Prejudgment interest apportioned as follows:)

| | |
|---|---|
| Defendant Craig Tyler Peacock (13% liability) | $ 362.03 |
| Defendant Jarrett Chandler (6% liability) | $ 167.09 |
| Defendant Tyler Johnson (75% liability) | $ 2,088.66 |
| Plaintiffs' decedent Kevin Figaniak (6% liability) | $ (167.09) |
| Total Compensatory Damages Owed | $ 1,544,014.74 |

It is further

ORDERED that the Plaintiffs shall recover post-judgment interest at a rate of 1.22 percent per annum from July 31, 2017, until paid in accordance with 28 U.S.C. § 1961.

Date:    September 20, 2017

*CLERK OF COURT*
Cheryl Dean Riley
/s/ N.M. Maxwell,  Deputy Clerk

*Signature of Clerk or Deputy Clerk*