IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

THOMAS G. FIGANIAK and
VALERIE A. FIGANIAK, as
Administrators of the Estate of
Kevin Figaniak,

    Plaintiffs,

v.     Civil Action No.: 5:15-CV-00111
        Hon. Frederick P. Stamp, Jr., Senior Judge

CRAIG TYLER PEACOCK, individually,
JARRETT CHANDLER, individually, and
TYLER JOHNSON, individually,

    Defendants.

## ORDER DEEMING DEFENDANT CHANDLER'S JUDGMENT SATISFIED

On a previous date and time came the defendant Jarrett Chandler, by counsel, G. Thomas Smith, Esquire and M. Winiesdorffer-Schirripa, Esquire, pursuant to U.S. District Court Rules (N.D. W.VA.) LR Gen P 58.01, seeking relief from this Court for entry of an order deeming the judgment assessed against this defendant satisfied based upon unreasonable delay.

Upon review of the Motion and the attached supports for said Motion, this Court FINDS that the Judgement entered in this case against defendant Jarrett Chandler at ECF No. 279 has been satisfied.  Pursuant to (N.D. W.VA.) LR Gen P 58.01 defendant's Motion is GRANTED.  The Clerk shall file notice in the docket that this defendant is hereby discharged from the same.

IT IS SO ORDERED.

DATED:   __August 23, 2019_____

  __/s/ Frederick P. Stamp, Jr._____
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE